# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Teel, Jr., Samuel M. | U.S. Bankr. Ct. D.D.C. | 05/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Salary from U.S. Department of State |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Maryland Bankruptcy Bar Association | 05/05/17 to 05/06/17 | Annapolis, MD | Annual Spring Break Meeting | Hotel room, breakfast, lunch. |
| 2. | National Conference of Bankruptcy Judges | 10/07/2017 to 10/11/2017 | Las Vegas, NV | Annual Meeting | Hotel room, air fare, meals. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1B | | | | | | | | | |
| 2. Schwab Govt Money Fund and cash swept therein | A | Dividend | M | T | | | | | |
| 3. A O N PLC | A | Dividend | J | T | | | | | |
| 4. Accenture PLC CL A | A | Dividend | K | T | | | | | |
| 5. Acuity Brands, Inc. | A | Dividend | | | Sold | 08/08/17 | K | | No gain. |
| 6. Air Products & Chemicals | A | Dividend | K | T | | | | | |
| 7. Alphabet Inc. (New Name for Google Inc. CL A VTG) | | None | K | T | | | | | |
| 8. Ametek Inc. New (AME) | A | Dividend | J | T | | | | | |
| 9. Amgen Inc. | A | Dividend | K | T | | | | | |
| 10. Amphenol Corp Class A | A | Dividend | K | T | | | | | |
| 11. ANSYS INC (ANSS) | | None | K | T | Sold (part) | 05/01/17 | J | B | |
| 12. | | | | | Sold (part) | 11/14/17 | J | C | |
| 13. | | | | | Sold (part) | 11/14/17 | J | C | |
| 14. Apple Computer (AAPL) | A | Dividend | K | T | | | | | |
| 15. Automatic Data Processing Inc (ADP) | A | Dividend | K | T | | | | | |
| 16. Autozone Inc.(AZO) | | None | K | T | Sold (part) | 05/01/17 | J | C | |
| 17. Becton Dickinson & Co. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Celegene Corp (CELG) | | None | K | T | | | | | |
| 19. Check Point Software | | None | K | T | | | | | |
| 20. Church & Dwight Co. Inc. (CHD) | A | Dividend | K | T | Sold (part) | 10/03/17 | J | D | |
| 21. Comcast | A | Dividend | K | T | | | | | |
| 22. Costco Wholesale | A | Dividend | J | T | | | | | |
| 23. CR Bard | A | Dividend | K | T | Sold (part) | 12/29/17 | K | D | |
| 24. | | | | | Sold (part) | 12/29/17 | K | D | |
| 25. Danaher Corp. Del. (DHR) | A | Dividend | K | T | | | | | |
| 26. Dr. Pepper Snapple Group | A | Dividend | K | T | Sold (part) | 10/03/17 | J | A | |
| 27. | | | | | Sold (part) | 10/03/17 | J | C | |
| 28. Ecolab Inc. (ECL) | A | Dividend | K | T | | | | | |
| 29. Equifax Inc. | A | Dividend | | | Sold (part) | 09/13/17 | J | A | |
| 30. | | | | | Sold | 09/14/17 | J | | No gain. |
| 31. Facebook Inc. | | None | K | T | Buy (add'l) | 02/09/17 | J | | |
| 32. Factset Research Sys. | | None | J | T | Buy | 12/26/17 | J | | |
| 33. Fiserv Inc (FISV) | | None | K | T | | | | | |
| 34. Fortive Corp. (Spinoff from Danaher Corp.) | A | Dividend | K | T | Buy (add'l) | 03/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Gartner Inc. | | None | K | T | Buy | 02/22/17 | J | | |
| 36. Harris Corp. | A | Dividend | K | T | Buy (add'l) | 02/09/17 | J | | |
| 37. Home Depot Inc. | A | Dividend | K | T | Buy (add'l) | 02/09/17 | J | | |
| 38. HONEYWELL INTL INC | A | Dividend | K | T | | | | | |
| 39. Idexx Labs Inc. (IDXX) | | None | K | T | Sold (part) | 02/03/17 | J | C | |
| 40. | | | | | Sold (part) | 03/17/17 | J | D | |
| 41. Illisnois Tool Works | A | Dividend | K | T | Buy | 02/09/17 | J | | |
| 42. Intuit (INTU) | A | Dividend | K | T | Sold (part) | 05/01/17 | J | C | |
| 43. Lab Co. of Amer. Hldg. | | None | K | T | | | | | |
| 44. Marathon Pete Corp. | A | Dividend | K | T | Buy | 11/14/17 | K | | |
| 45. Marriott Intl. Inc. Class A | A | Dividend | K | T | Buy | 02/22/17 | K | | |
| 46. McCormick & Co Inc Non-Voting (MKC) | A | Dividend | K | T | | | | | |
| 47. METTLER TOLEDO INTL | | None | K | T | Sold (part) | 05/01/17 | J | C | |
| 48. Moodys Corp. | | None | J | T | Buy | 12/26/17 | J | | |
| 49. Nike Inc. Class B Common (NKE) | A | Dividend | K | T | Sold (part) | 02/09/17 | J | D | |
| 50. Phillips 66 | A | Dividend | K | T | Buy | 11/14/17 | K | | |
| 51. PPG Industries Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Priceline Group | | None | K | T | Buy | 03/10/17 | K | | |
| 53. Public Storage Inc.(PSA) (appears under "Other Assets" on broker st't) | A | Dividend | J | T | | | | | |
| 54. | A | Distribution | | | | | | | |
| 55. Roper Inds. Inc. New (ROP) (carried by broker as Roper Technologies) | A | Dividend | K | T | | | | | |
| 56. RPM INTERNATIONAL | A | Dividend | K | T | | | | | |
| 57. Schein Henry Inc. (HSIC) | | None | K | T | | | | | |
| 58. Schlumberger Ltd (dividend received in 2017 after shares sold in 2016) | A | Dividend | | | | | | | |
| 59. Scripps Ntwk Interfac | A | Dividend | | | Buy | 02/22/17 | J | | |
| 60. | | | | | Sold | 12/08/17 | J | | No gain. |
| 61. Sherwin Williams Co. | A | Dividend | K | T | Buy | 06/30/17 | K | | |
| 62. SNAP ON INC | A | Dividend | K | T | Sold (part) | 08/08/17 | J | | No gain. |
| 63. Starbucks Corp. | A | Dividend | K | T | | | | | |
| 64. Taiwan Semiconductors ADR | A | Dividend | K | T | | | | | |
| 65. Thermo Fisher Scientific Inc. (TMO) | A | Dividend | K | T | Sold (part) | 11/14/17 | J | C | |
| 66. Toro Co (TTC) | A | Dividend | K | T | Donated (part) | | | | |
| 67. Walt Disney Co. | | None | K | T | Buy | 12/26/17 | J | | |
| 68. W P P PLC | | None | | | Sold | 02/09/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. COLORADO SPRINGS CO UTIL 4.75% DUE 11-15-25 | C | Interest | L | T | | | | | |
| 70. CO SPRINGS CO UT 4.75%25 COMB UTIL DUE 11/15/25CALLABLE 11/15/19 @ 100 | A | Interest | J | T | | | | | |
| 71. This is part of what I reported as CO SPRINGS on prior reports, but | | | | | | | | | |
| 72. the broker statements now separate out the part that is callable (this | | | | | | | | | |
| 73. part) from the part that is not callable. | | | | | | | | | |
| 74. Northside IDS 5.25% due 08/15/19 | C | Interest | L | T | | | | | |
| 75. Pa. St. Tpk. due 06/01/2020 (mislisted last yr. as due 09/01/22) | C | Interest | L | T | | | | | |
| 76. PENNSYLVANIA ST 5% due 06/01/24 | B | Interest | L | T | | | | | |
| 77. PittsburghPA SCD Ref Ser D 5% due 09-01-22 mislisted last year as due | B | Interest | K | T | | | | | |
| 78. 06-01-20 | | | | | | | | | |
| 79. Clark Cnty NV SD 5%24 DB LTX Due 6/15/24 | B | Interest | L | T | Buy | 05/10/17 | L | | |
| 80. TRINITY RIV TX WW 5% SWR UTIL DUE 08/01/24 | A | Interest | L | T | Buy | 03/20/17 | L | | |
| 81. STATE OF OHIO 4%25 GO UTX DUE 03/01/25 | B | Interest | L | T | Buy | 01/20/17 | L | | |
| 82. Princeton NJ Regl. Sch. Dist. Rev. dtd 07/03/09 4.000% due | A | Interest | K | T | | | | | |
| 83. 02/01/18 | | | | | | | | | |
| 84. Schertz-Cibolo-Unvl City TX Indpt SC 5% due 02-01-25 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. South Portland ME School Dist. Rev. 05-30-2012 4% 7-15-2021 | B | Interest | L | T | | | | | |
| 86. Washington St. Gen. Oblig. 4% due 07/01/20 | B | Interest | L | T | | | | | |
| 87. | | | | | | | | | |
| 88. BROKERAGE ACCOUNT NO. 2 | | | | | | | | | |
| 89. Schwab Govt. Money Fund and cash to be swept therein. | A | Dividend | M | T | | | | | |
| 90. A O N PLC | A | Dividend | K | T | Buy (add'l) | 10/30/17 | J | | |
| 91. Accenture PLC CL A | A | Dividend | J | T | | | | | |
| 92. Acuity Brands Inc. | A | Dividend | | | Sold | 08/18/17 | J | | No gain. |
| 93. AIR PROD & CHEMICALS | A | Dividend | J | T | | | | | |
| 94. Alphabet Inc. | | None | J | T | | | | | |
| 95. Ametek Inc New (AME) | A | Dividend | J | T | Buy (add'l) | 10/30/17 | J | | |
| 96. Amgen | A | Dividend | J | T | | | | | |
| 97. Amphenol Corp New CL A | A | Dividend | J | T | | | | | |
| 98. Ansys Inc. | | None | J | T | | | | | |
| 99. Apple Computer (AAPL) | A | Dividend | K | T | | | | | |
| 100. Automatic Data Processing Inc | A | Dividend | J | T | | | | | |
| 101. Becton Dickinson & Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. Celegene Corp | | None | J | T | | | | | |
| 103. Check Point Software | | None | J | T | | | | | |
| 104. Comcast Corp. Class A | A | Dividend | J | T | | | | | |
| 105. Costco Wholesale | A | Dividend | J | T | | | | | |
| 106. CR Bard Inc. | A | Dividend | K | T | Sold (part) | 12/29/17 | J | D | |
| 107. Danaher Corp. | | None | J | T | Buy | 10/30/17 | J | | |
| 108. Ecolab Inc. (ECL) | A | Dividend | J | T | | | | | |
| 109. Equifax Inc. | A | Dividend | | | Sold (part) | 09/13/17 | J | | No gain. |
| 110. | | | | | Sold (part) | 09/14/17 | J | | No gain. |
| 111. | | | | | Sold | 09/14/17 | J | | No gain. |
| 112. Facebook Inc. Cl A | | None | J | T | Buy (add'l) | 02/09/17 | J | | |
| 113. Factset Research Sys | | None | J | T | Buy | 12/26/17 | J | | |
| 114. Fiserv Inc (FISV) | | None | J | T | | | | | |
| 115. Fortive Corp. | A | Dividend | J | T | Buy | 03/10/17 | J | | |
| 116. Harris Corp. | A | Dividend | J | T | Buy (add'l) | 02/09/17 | J | | |
| 117. | | | | | Buy (add'l) | 10/30/17 | J | | |
| 118. Home Depot Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. HONEYWELL INTL INC | A | Dividend | J | T | | | | | |
| 120. Idexx Labs Inc. (IDXX) | | None | J | T | Sold (part) | 02/03/17 | J | D | |
| 121. | | | | | Sold (part) | 03/17/17 | J | C | |
| 122. Illinois Tool Works | A | Dividend | K | T | Buy | 02/09/17 | J | | |
| 123. | | | | | Buy (add'l) | 10/30/17 | J | | |
| 124. Intuit (INTU) | A | Dividend | J | T | Sold (part) | 02/03/17 | J | B | |
| 125. | | | | | Sold (part) | 05/01/17 | J | B | |
| 126. Lab Co of Amer Hldg (LH) | | None | J | T | | | | | |
| 127. Marathon Pete Corp. | A | Dividend | J | T | Buy | 11/14/17 | J | | |
| 128. McCormick & Co. Inc. | A | Dividend | J | T | Buy | 02/09/17 | J | | |
| 129. METTLER TOLEDO INTL F | | None | J | T | | | | | |
| 130. Moodys Corp. | | None | J | T | Buy | 12/26/17 | J | | |
| 131. Nuance Communications, Inc. (NUAN) | | None | | | Sold (part) | 05/15/17 | J | A | |
| 132. | | | | | Sold (part) | 05/15/17 | J | A | |
| 133. | | | | | Sold (part) | 05/15/17 | J | A | |
| 134. | | | | | Sold (part) | 05/15/17 | J | A | |
| 135. | | | | | Sold (part) | 05/15/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | Sold (part) | 05/15/17 | J | A | |
| 137. | | | | | Sold (part) | 05/15/17 | J | A | |
| 138. | | | | | Sold | 05/15/17 | J | A | |
| 139. Phillips 66 | A | Dividend | J | T | Buy | 11/14/17 | J | | |
| 140. PPG Industries Inc. | A | Dividend | J | T | | | | | |
| 141. Priceline Group | | None | J | T | Buy | 03/10/17 | J | | |
| 142. Public Storage Inc. (PSA) (Broker st't lists under "Other Assets") | A | Distribution | J | T | | | | | |
| 143. Roper Indus. Inc. (ROP) | A | Dividend | K | T | | | | | |
| 144. RPM INTERNATIONAL | A | Dividend | J | T | | | | | |
| 145. SCHEIN HENRY INC (HSIC) | | None | J | T | | | | | |
| 146. Schlumberger Ltd (dividend received in 2017 after shares sold in 2016) | A | Dividend | | | | | | | |
| 147. SCRIPPS NTWK INTERAC | | None | | | Buy | 02/22/17 | J | | |
| 148. | | | | | Sold | 12/26/17 | J | A | |
| 149. Sherwin Williams Co. | A | Dividend | K | T | Buy | 06/30/17 | J | | |
| 150. | | | | | Buy (add'l) | 10/30/17 | J | | |
| 151. SNAP ON INC | A | Dividend | J | T | Sold (part) | 08/18/17 | J | | No gain. |
| 152. STARBUCKS CORP | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. Taiwan Semiconductor F ADR | | None | J | T | | | | | |
| 154. Thermo Fisher (TMO) | A | Dividend | K | T | | | | | |
| 155. Toro Co (TTC) | A | Dividend | K | T | Sold (part) | 02/03/17 | J | B | |
| 156. | | | | | Sold (part) | 02/09/17 | J | B | |
| 157. WP P PLC F (WPPGY) | | None | | | Sold | 02/09/17 | J | A | |
| 158. Walt Disney Co. | | None | J | T | Buy | 12/26/17 | J | | |
| 159. Maine St. Muni Bond Bank Rev. Bond 5% to 11//01/20 | B | Interest | | | Redeemed | 11/01/17 | K | | No gain. |
| 160. Pa. St G/O 5% due 04-01-26 | B | Interest | J | T | | | | | |
| 161. Salt Lake CN UT S 2.5%25 Excise Tax due 02/01/25 | A | Interest | K | T | Buy | 06/27/17 | K | | |
| 162. State of Ohio 4%25 GO UTX Due 03/01/25 Callable 03/01/24 at 100 | A | Interest | K | T | Buy | 01/20/17 | K | | |
| 163. FL ST B/E PUB ED 2.8%27 ALLC TAX DUE 06/01/27 Callable 06/01/24 at 100 | A | Interest | L | T | Buy | 10/24/17 | L | | |
| 164. Va. Commonwealth 5% due 06/01/19 | B | Interest | K | T | | | | | |
| 165. WASHINGTON ST 4% VP DUE 07/01/20 | A | Interest | K | T | | | | | |
| 166. | | | | | | | | | |
| 167. MUTUAL FUND HELD WITH MUTUAL FUND CO. DIRECTLY | | | | | | | | | |
| 168. Fidelity Puritan Fund | A | Dividend | K | T | | | | | |
| 169. --Capital gain distributions | B | Distribution | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | | | | | | | | |
| 171.  BANK ACCOUNTS: | | | | | | | | | |
| 172.  Wells Fargo money mkt. Acct. | A | Interest | K | T | | | | | |
| 173.  Wells Fargo (Wachovia Bank) checking account | A | Interest | J | T | | | | | |
| 174.  State Dept. Fed. Credit Union | | None | K | T | | | | | |
| 175.  Justice Dept. FCU | A | Interest | J | T | | | | | |
| 176. | | | | | | | | | |
| 177.  IRA ACCOUNT NO. 1: | | | | | | | | | |
| 178.  --Schwab Govt. Money Fund | A | Dividend | J | T | | | | | |
| 179.  --Ametek Inc New | A | Dividend | J | T | | | | | |
| 180.  --Amphenol Corp. Class A | A | Dividend | J | T | | | | | |
| 181.  --ANSYS INC | | None | J | T | | | | | |
| 182.  --Autozone Inc. | | None | J | T | Sold (part) | 05/01/17 | J | B | |
| 183.  --Church & Dwight Inc | A | Dividend | J | T | Sold (part) | 10/03/17 | J | A | |
| 184.  --Comcast | A | Dividend | J | T | | | | | |
| 185.  --Costco | A | Dividend | J | T | | | | | |
| 186.  --C R Bard | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. --Intuit | A | Dividend | J | T | Sold (part) | 05/01/17 | J | B | |
| 188. --Lab Co. of Amer. Hldg. | | None | J | T | | | | | |
| 189. --RPM Int'l | A | Dividend | J | T | | | | | |
| 190. --Taiwan Semiconductor | A | Dividend | J | T | | | | | |
| 191. --Target Corp bond 3.875% 07/15/2020 | A | Interest | K | T | | | | | |
| 192. --Thermo Fisher Scientific | A | Dividend | | | Sold | 11/14/17 | J | B | |
| 193. --Toro Co. | A | Dividend | J | T | | | | | |
| 194. | | | | | | | | | |
| 195. IRA ACCOUNT NO. 2: | | | | | | | | | |
| 196. --Schwab Govt. Money Fund | A | Dividend | J | T | | | | | |
| 197. --APPLE INC 2.85%23 DUE 02/23/23 | | None | J | T | | | | | |
| 198. --MICROSOFT CORP 4.2%19 DUE 06/01/19 | A | Interest | J | T | | | | | |
| 199. --Acuity Brands Inc. | A | Dividend | | | Sold | 08/18/17 | J | No gain. | |
| 200. --Ansys | | None | J | T | | | | | |
| 201. --Autozone Inc. | | None | J | T | Sold (part) | 05/01/17 | J | B | |
| 202. --Becton Dickinson & Co. | A | Dividend | J | T | | | | | |
| 203. --Church & Dwight | A | Dividend | J | T | Sold (part) | 10/03/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. --Comcast | A | Dividend | J | T | | | | | |
| 205. --Costco Wholesale | A | Dividend | J | T | | | | | |
| 206. --Facebook Inc. Class A | | None | J | T | Buy | 02/09/17 | J | | |
| 207. --Fiserv Inc. | | None | J | T | | | | | |
| 208. --Gartner Inc. | | None | J | T | Buy | 07/13/17 | J | | |
| 209. --Harris Corp. | A | Dividend | J | T | Buy | 02/09/17 | J | | |
| 210. --HONEYWELL INTL INC | A | Dividend | J | T | | | | | |
| 211. --Laboratory Corp. of America Hldgs. | | None | J | T | | | | | |
| 212. --McCormick & Co. Inc Non Voting | A | Dividend | J | T | | | | | |
| 213. --Nike Inc. Class B | A | Dividend | J | T | Sold (part) | 10/03/17 | J | A | |
| 214. --RPM INTERNATIONAL | A | Dividend | J | T | | | | | |
| 215. --Schein Henry Inc. | | None | J | T | Sold (part) | 02/03/17 | J | B | |
| 216. --Schlumberger Ltd. | A | Dividend | | | Sold | 01/09/17 | J | A | |
| 217. --Starbucks Corp. | A | Dividend | J | T | | | | | |
| 218. --Taiwan Semiconductor Mfg ADR | A | Dividend | J | T | | | | | |
| 219. | | | | | | | | | |
| 220. INSURANCE POLICIES (CASH SURRENDER VALUES): | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. Mass Mutual Life Ins. Co. (S is insured) | C | Dividend | L | T | | | | | |
| 222. Mass. Mutual Life Ins. Co. (I am insured) | C | Dividend | L | T | | | | | |
| 223. General American Life Ins. Co. | | None | K | T | | | | | |
| 224. | | | | | | | | | |
| 225. REAL PROPERTIES: | | | | | | | | | |
| 226. House No. 1 ("O/C") in Chesterfield Co., Va. | E | Rent | M | S | | | | | |
| 227. Assessed at 100% of value, at $193,300 as of 01/01/2018 | | | | | | | | | |
| 228. House, Richmond, Va. Assessed on June 26, 2017 | D | Rent | M | S | | | | | |
| 229. at 100% of value as of 01/01/2018 at $175,000 | | | | | | | | | |
| 230. House, Property No. 2 in Chesterfield Co., Va. | D | Rent | M | S | | | | | |
| 231. Assessed January 1, 2018, at $217,200 at 100% of value | | | | | | | | | |
| 232. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 05/14/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Samuel M. Teel, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544